UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FLORENCE CAHN                                        ORDER RESCHEDULING
                                                                   JURY TRIAL
      -against-                                             CV-01-0574 (DRH)

VIRGIN ATLANTIC AIRWAYS

----------------------------------------------------------X


        IT IS HEREBY ORDERED that jury selection and trial is adjourned to **Monday**, **October 31, 2005 at 9:30 AM. before Hon. Denis R. Hurley, U.S.D.J. in Courtroom 930 of the Federal Courthouse, 100 Federal Plaza, Central Islip, New York 11722.**
        SO ORDERED.


Dated: Central Islip, New York                        /s/
        September 19, 2005                      Denis R. Hurley
                                                United States District Judge