UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

FLORENCE CAHN                                              ORDER

    -against-                                              CV-01-0574 (DRH)

VIRGIN ATLANTIC AIRWAYS
-----------------------------------------------------X

    IT IS HEREBY ORDERED that jury selection and trial is adjourned to **MONDAY,   MAY 22, 2006 AT 9:30 AM**

    SO ORDERED.

Dated: Central Islip, New York
       November 10, 2005

                                                   /S/
                                           Denis R. Hurley
                                           United States District Judge