UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
REVEREND FLORENCE CAHN,

        Plaintiff,                        <u>SCHEDULING ORDER</u>
                                             01-CV-0574(DRH)(ETB)
    -against-

VIRGIN ATLANTIC AIRWAYS, LTD.,

        Defendant.
------------------------------X
A P P E A R A N C E S:[1]

For Plaintiff:
    Reverend Florence Cahn, Pro Se
    20 Blackheath Road
    Lido Beach, New York 11561

For Defendant:
    Condon & Forsyth LLP
    7 Times Square
    New York, New York 10036
      By: Christopher Carlsen, Esq.

HURLEY, District Judge

        Plaintiff advised my Courtroom Deputy today that she has only one witness left, that being Doctor Craig Ordway. Plaintiff further advised that he will be present in the Courthouse at 2:00 p.m. on Tuesday, May 30, 2006. Immediately following the conclusion of that witness's testimony on Tuesday, both parties will deliver their respective summations to the jury. Should time permit, the Court will also deliver its charge on Tuesday afternoon; otherwise the charge will be given at 9:30 a.m. on Wednesday, May 31, 2006.

        I have reviewed the requests to charge submitted by

---

    [1] This order was faxed on May 25, 2006 to plaintiff.

plaintiff as well as defense counsel.  The parties are directed to appear before me at 10:30 a.m. on Tuesday, May 30, 2006, i.e prior to Doctor Ordway's testimony, for purposes of the charge conference.

    SO ORDERED.

Dated: May 25, 2006
      Central Islip, New York

                                _____/S/_____
                                DENIS R. HURLEY, U.S.D.J.