AO 450 (Rev. 5/85) Judgment in a Civil Case

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

REVEREND FLORENCE CAHN            JUDGMENT IN A CIVIL CASE
                                  CV-01-0574 (DRH)

      V.

VIRGIN ATLANTIC AIRWAYS, LTD.

---------------------------------------------------------------X

   X    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

        Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      The jury having found that the Plaintiff, REV. FLORENCE CAHN has failed to established her claims, and having found for the defendant on all causes of action,

      IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff, REV. FLORENCE CAHN, take nothing from the defendant VIRGIN ATLANTIC AIRWAYS, LTD.

      The case is dismissed with prejudice and the Clerk is directed to close this case.


Dated:  MAY 31, 2006                       ROBERT C. HEINEMANN
       Central Islip, New York              CLERK OF THE COURT
                                                       By: PATRICIA BEST
                                                            Deputy Clerk